TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00228-CR

Jason Michael Giles, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL

DISTRICT

NO. 93-671-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty to an indictment accusing him of burglary of a habitation. The
district court found that the evidence substantiated appellant's guilt and, pursuant to a plea bargain, deferred
further proceedings and placed appellant on community supervision. Later, on the State's motion, the court
revoked supervision, adjudicated appellant guilty, and sentenced him to imprisonment for twenty-five years. 
Appellant filed a general notice of appeal. See Watson v. State, 924 S.W.2d 711 (Tex. Crim. App.
1996).

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

Before Justices Powers, Aboussie and B. A. Smith

Affirmed

Filed: January 15, 1998

Do Not Publish